# DECISIONS IN CASES NOT REPORTED.

## SECOND DEPARTMENT, SEPTEMBER TERM, 1888.

The New York Rubber Company, Appellant, v. John Rothery and another, Respondents.— Order affirmed, with costs and disbursements.

John Hennessy v. Ellen Wade. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

## FIFTH DEPARTMENT, OCTOBER TERM, 1888.

Preston J. Dorchester, Respondent, v. Edward G. Dorchester and another, Appellants. — Judgment reversed and new trial ordered before another referee, costs of this appeal to abide event. Per Curiam opinion left with Dwight, J.

Frank C. Vinton, as Supervisor of the Town of Persia, Appellant, v. The Board of Supervisors of Cattaraugus County, Respondent. — Judgment reversed and new trial granted, costs to abide the event. Opinion by Dwight, J.

The People of the State of New York ex rel. Edwin K. Burnham. as Supervisor, etc , v. The Board of Supervisors of Wayne County.— Writ of certiorari granted, without costs to either party.

The People of the State of New York ex rel. John P. Bennett, as Supervisor, etc., v. Same.— Same order.

The People of the State of New York ex rel. Alexander Graham, as Supervisor, etc., v. Same.— Same order.

Charles Williams, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order reversed, and new trial ordered ; costs to abide event. Per Curiam opinion left with Dwight, J.

The Merchants' Bank of Rochester and others, Respondents, v. Ignatz Thalheimer and others, Appellants. — Judgment reversed and new trial ordered ; costs to abide final award of costs. Opinion by Haight, J., Barker, P. J., not sitting.

William E. Hobby, as Administrator, etc., Respondent, v. John Elliot and another, Appellants.— Judgment affirmed. Barker, J., not sitting.

Carrie E. Clark, Respondent, v. The Rochester City and Brighton Railroad Company, Appellant. — Judgment reversed and new trial granted before another referee ; costs to abide event. Opinion by Barker, J.

Richard Putnam, Respondent, v. Alphonso Mathewson and another, Appellants.— Judgment reversed and new trial granted before another referee; costs to abide event. Opinion by Bradley, J.

Miranda Peart, Respondent, v. James Peart, as Executor, etc., and others, Appellants.—Order reversed, and motion granted as indicated in the opinion, with ten dollars costs and disbursements. Opinion by Haight, J.

Frederick Kucklo, Appellant, v. John Kleis, Respondent. — Order reversed, without costs. Opinion by Dwight, J.

The Citizens' National Bank of Hornellsville, Appellant, v. Leroy Riddell and another, as Administrators, etc., Respondents.—Judgment affirmed, with costs. Opinion by Haight, J.

Edward P. Stuart, as Trustee, etc., Respondent, v. Russell C. Bates and another, as Executors, etc., Appellants. — Judgment affirmed, with costs.

Holmes, Booth & Hayden, Respondents, v. James Rodgers, Appellant. — Both orders affirmed, with ten dollars costs and disbursements. Opinion by Barker, P J.

Mary Kegney, Respondent, v. Anna M. Ovens, Appellant.—Judgment and order reversed and new trial ordered ; costs to abide event. Opinion by Haight, J.

True D. Matson, Respondent, v. Justin Blossom, Appellant, impleaded, etc. — Judgment and order reversed, and new trial granted ; costs to abide event. Opinion by Bradley, J.

Cordelia A. Van Dusen, Respondent, v. Sarah Wilcox, Appellant. — Judgment and order reversed and new trial ordered ; costs to abide event. Mem. by Dwight, J.

Isaac Fenno and others, Appellants, v. John W. Hannan, as Sheriff, etc., and others, Respondents. — Order affirmed, with costs of this appeal to the respondent, to abide event. Opinion by Barker, J.

Herman Grossman and another, Respondents, v. Lyman M. Baker, Appellant. — Judgment affirmed.

Isabella Duncan, Respondent, v. The City of Buffalo, Appellant. — Judgment and order reversed, and new trial granted; costs to abide event Opinion by Bradley, J.

James G. Doty, as Trustee, etc., Respondent, v. Joseph Stanton, as sole surviving Administrator, etc., Appellant.—Judgment reversed; and new trial granted before another referee; costs to abide event. Opinion by Dwight, J.

Susan Curtis and another, Executrix, etc., Respondents, v. Moses Hart and others, Appellants.— Judgment affirmed, with costs. Opinion by Barker, J.

Lyman F. Hurlburt and another, as Administrators, etc., Plaintiffs, v. Ella A. Hurlburt, as Administratrix, etc., Defendant. — Motion for a new trial denied, and judgment ordered for the defendant upon the verdict. Opinion by Haight, J., Dwight, J., not sitting.

Napoleon B. Sanford, Appellant, v. John Shafer, Respondent. — Judgment of the County Court and that of the justice reversed. Opinion by Dwight, J., Bradley, J., not voting.

Laurin R. Bennett and another, Respondent, v. The Western Union Telegraph Company, Appellant. — Judgment reversed and new trial granted, costs to abide event. Opinion by Dwight, J.

Delos Penny, Respondent, v. Susanna Huebener, Appellant.—Judgment affirmed. Opinion by Barker, P. J

In the Matter of Proving the Alleged Last Will and Testament of Jane Anderson, deceased.— Decree affirmed with costs. Opinion by Haight, J.; Barker, P. J., not voting.

George C. Wheeler, Respondent, v. Horace B. Wheeler, Appellant. — Judgment modified as indicated in the opinion, and as so modified affirmed, without costs of the appeal to either party. Opinion by Barker, P. J.

Same v. Same.—Judgment modified as indicated in the opinion, and as so modified affirmed

## SECOND DEPARTMENT, OCTOBER TERM, 1888.

with costs of this appeal to the appellant. Opinion by Barker, P. J.

Peter P. Latourette, Appellant, v. Henry H. Persons, Respondent. — Order affirmed. Barker, P. J., dissenting.

The People of the State of New York *ex rel.* Philip Steingoetter, Respondent, v. The County Board of Canvassers of the County of Erie, and Charles F. Bishop, Appellant. — Order denying the motion to make Bishop a party affirmed without costs. Appeal from order allowing peremptory *mandamus* dismissed without costs. Opinion by Bradley, J.

Ellen Harrington, Respondent, v. The City of Buffalo, Appellant.—Order affirmed. Opinion by Haight, J.

The Town of Cherry Creek, Appellant, v. Philip Becker, Respondent, Impleaded, etc. — Judgment affirmed with costs. Opinion by Bradley, J.

Mary Good, as Administratrix, etc., Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant. — Judgment and order reversed and new trial granted, costs to abide event. Opinion by Dwight, J.

Edgar Underhill and others, Respondents, v. George E. Ramsey, Appellant.—Order affirmed. Opinion by Barker, P. J.

Adolph Sorge, Jr., Respondent, v. The Union and Advertising Company, Appellant. — Judgment affirmed.

James H. Grimes, Respondent, v. John B. Smith and others, Executors, etc., Appellants.— Judgment affirmed with costs. Opinion by Dwight, J.

Mary G. Durfee, Appellant, v. Henry P. Knowles, Respondent.—Judgment affirmed with costs. Opinion by Barker, P. J.

John P. Whitney and another, Respondents, v. The Hop Bitters Manufacturing Company, Appellant. — Judgment affirmed. Opinion by Dwight, J.

In the Matter of the Will, etc., of Elizabeth A. S. R. Rockwell, deceased.—Decree reversed on a question of fact and the issues indicated in the opinion ordered to be tried before a jury at the Erie Circuit. Costs of the appeal to abide the final award of costs. Opinion by Haight, J.

In the Matter of the Application of L. A. Mallory, Collector, etc., Respondent, to compel George D. Chapman to pay taxes, Appellant.— Order reversed, without costs. Opinion by Dwight, J.

The People of the State of New York, Appellant, v. William Harmon, Respondent.—Judgment affirmed and proceedings remitted to the Court of Sessions of Wyoming county.

Charles E. Shepard, Respondent, v. Emeline A. Scovell, Appellant. — Order affirmed with ten dollars costs and disbursements. Opinion by Bradley, J.

Samuel S. Kennedy, Respondent, v. John W. Scoville, Appellant.—Order granting new trial affirmed on the opinion of Corlett, J., at Circuit.

George W. Church, Respondent, v. Della Church, Appellant. — Judgment modified by striking out the provision for costs, and as so modified affirmed without costs.

George Bork. Appellant, v. The City of Buffalo and another, Respondents.—Judgment affirmed with costs. Opinion by Bradley, J.

The People of the State of New York, Appellant, v. Catherine B. Williams, Respondent.— Judgment reversed and proceedings remitted to the Court of Sessions of Monroe county. Opinion by Dwight, J.

Richard B. Myers, Appellant, v. Aurilla J. Myers and others, Respondents.—Order affirmed with ten dollars costs and disbursements. *Per Curiam* opinion left with Barker, P. J.

Sylvander B. Partridge, Appellant, v. Leander Russell, Respondent. — Judgment affirmed. Opinion by Barker, P.J.; Haight, J., not sitting.

William R. H. Martin and another, Repondents, v. Frank T. Gilbert, as Sheriff, etc., Appellant.—Judgment reversed and new trial ordered before another referee, costs to abide event.

Henry Dale and others, Respondents, v. Frank T. Gilbert, as Sheriff, etc., Appellant. — Judgment reversed and new trial ordered before another referee, costs to abide event.

Homestead Land Syndicate, Limited, Plaintiff, v. Wilmot Deloni Matthews, Defendant.—Judgment ordered for the plaintiff for a specific performance of the contract set out in the submission.

In the Matter of the Probate of the Last Will and Testament of Thomas Keegan, Deceased.— Motion so far granted as to permit the evidence of Christopher N. Dunn to be taken of the transactions and circumstances attending the alleged execution of the instrument in question purporting to be the last will and testament of Thomas Keegan, deceased, bearing upon the question of its execution and attestation as such; and his evidence may also be taken bearing upon the question of the identity of the instrument so executed with that offered and admitted to probate, and on the part of the contestant the further evidence of Dennis Dempsey and Patrick Donnelly may be taken bearing upon the same question. It is referred to G. N. Orcott of Hornellsville, N. Y., to take such proofs and report the same to this court, pursuant to section 2586 of the Code of Civil Procedure.

Mary J. Kennedy v. The Rochester City and Brighton R. R. Co.—Motion to dismiss appeal denied without costs.

---

## SECOND DEPARTMENT, OCTOBER TERM, 1888.

The People of the State of New York v. Julius Schultz.—Judgment affirmed for non-service of papers.

In the Matter of the Application of the South Brooklyn Railroad and Terminal Co.—Order reversed, with costs and disbursements, and a commission appointed to appraise the land in question unless an issue is made on the facts of the petition; leave to make such issue is hereby granted. Opinion by Barnard, P. J.